## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ZACHARY IMEL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No. 19-CV-04107-JWB-ADM** |
| **v.** ) | |
| ) | |
| **THE MOLDING COMPANY, INC.,** ) | |
| **DBA FORTE PRODUCTS,** ) | |
| ) | |
| **Defendant.** ) | |

## STIPULATION OF DISMISSAL, WITH PREJUDICE

COMES NOW Plaintiff Zachary Imel ("Plaintiff") and Defendant The Molding Company, Inc., dba Forte Products ("Defendant"), by and through their respective counsel of record, and pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate to the dismissal of the above-entitled action and all claims and causes of action therein, with prejudice.

Respectfully Submitted,

HITE, FANNING & HONEYMAN L.L.P.

*/s/ Gaye B. Tibbets*

Gaye B. Tibbets, 13240
100 N. Broadway, Ste. 950
Wichita, KS 67202-2209
Telephone: (316) 265-7741
Facsimile: (316) 267-7803
E-mail: tibbets@hitefanning.com

**Attorneys for Plaintiff**

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Greer S. Lang*

Greer S. Lang          KS Sup. Ct. # 14092
Leonard B. Rose       KS Sup. Ct. # 15363
4600 Madison Ave., Suite 700
Kansas City, MO 64112
Phone: 816-299-4258
Fax 816-299-4245
Greer.Lang@lewisbrisbois.com
Leonard.Rose@lewisbrisbois.com

**Attorneys for Defendant**